TAKUKO PETTIES, ETC., ET AL. v. CLARK PETTIES, ETC., ET AL.

November 10, 1986.

Petition for certification denied.   (See 210 *N.J.Super.* 14)

LESTER FLOURNOY, JR., ET AL. v. MAPLEWOOD BANK & TRUST COMPANY, ETC., ET AL.

November 10, 1986.

Petition for certification denied.

ADELE WESLEY AND RITA GALL v. AMBOY TERMINALING COMPANY.

November 10, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALMUSTAFA SHABAZZ, A/K/A WILLIAM BRADLEY.

November 10, 1986.

Petition for certification denied.